UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HELEN MCLAUGHLIN et al., | Case No. 14-cv-7315 |
| Plaintiffs, | |
| | The Hon. John R. Padova |
| v. | |
| | NO. 14-7316 (Ruble)           NO. 16-3710 (Dong) |
| BAYER ESSURE INC. et al., | NO. 14-7318 (Stelzer)         NO. 16-3730 (Mantor) |
| | NO. 14-7317 (Strimel)         NO. 16-3731 (Olague) |
| Defendants. | NO. 15-0384 (Walsh)          NO. 16-3732 (Gross) |
| | NO. 16-1458 (Dunstan)       NO. 16-3733 (Johnson) |
| **And Related Actions** | NO. 16-1645 (Clark)           NO. 16-3766 (Summerlin) |
| | NO. 16-1921 (Souto)           NO. 16-3767 (Rodvill) |
| | NO. 16-2166 (B. Bailey)      NO. 16-3768 (Bernal) |
| | NO. 16-2154 (Campos)        NO. 16-3769 (Aponte) |
| | NO. 16-2717 (Bolds)           NO. 16-4081 (Bradford) |
| | NO. 16-3049 (Tulgetske)    NO. 17-2915 (Wistrom) |
| | NO. 16-3409 (Abbey)          NO. 17-3968 (Bobo) |
| | NO. 16-3589 (Burgis)          NO. 17-4417 (Guess) |
| | NO. 17-4936 (Gonzalez)    NO. 18-0836 (Morgan) |
| | NO. 18-0838 (Alfaro)          NO. 18-0037 (Jenson) |
| | NO. 18-0837 (Galan) |

## AFFIDAVIT OF DAVID A. SONENSHEIN

In connection with my service as court-appointed Special Discovery Master, I, David A. Sonenshein, hereby state that I have reviewed 28 U.S.C. § 455, and I am unaware of any ground for disqualification under that statute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
David A. Sonenshein

Dated: 4/25/18