**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HELEN MCLAUGHLIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAYER ESSURE INC. et al., <br><br> Defendants. <br><br> And Related Actions <br><br> **FILED** <br> JUL 23 2018 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk | Case No. 14-cv-7315 <br><br> The Hon. John R. Padova <br><br> NO. 14-7316 (Ruble)     NO. 16-3710 (Dong) <br> NO. 14-7318 (Stelzer)   NO. 16-3730 (Mantor) <br> NO. 14-7317 (Strimel)   NO. 16-3731 (Olague) <br> NO. 15-0384 (Walsh)     NO. 16-3732 (Gross) <br> NO. 16-1458 (Dunstan)   NO. 16-3733 (Johnson) <br> NO. 16-1645 (Clark)     NO. 16-3766 (Summerlin) <br> NO. 16-1921 (Souto)     NO. 16-3767 (Rodvill) <br> NO. 16-2166 (B. Bailey) NO. 16-3768 (Bernal) <br> NO. 16-2154 (Campos)    NO. 16-3769 (Aponte) <br> NO. 16-2717 (Bolds)     NO. 16-4081 (Bradford) <br> NO. 16-3049 (Tulgetske) NO. 17-2915 (Wistrom) <br> NO. 16-3409 (Abbey)     NO. 17-3968 (Bobo) <br> NO. 16-3589 (Burgis)    NO. 17-4417 (Guess) <br> NO. 17-4936 (Gonzalez)  NO. 18-0836 (Morgan) <br> NO. 18-0838 (Alfaro)    NO. 18-0037 (Jenson) <br> NO. 18-0837 (Galan) |

**[PROPOSED] ORDER ON BAYER DEFENDANTS' UNOPPOSED MOTION FOR**
**LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

**AND NOW** upon consideration of Bayer Defendants' Unopposed Motion For Leave to File a Reply Brief in Support of their Motion for Partial Summary Judgment, that Motion is hereby **GRANTED** and the Reply Brief shall be due on August 15, 2018.

Done in Chambers this 23rd day of July, 2018.

BY THE COURT:

_____
John R. Padova, J.