IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| HELEN McLAUGHLIN | : | CIVIL ACTION NO. 14-7315 | |
| | : | | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3732 (Gross) |
| BAYER ESSURE, INC., et al. | : | NO. 14-7318 (Stelzer) | NO. 16-3733 (Johnson) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3766 (Summerlin) |
| And Related Actions | : | NO. 15-0384 (Walsh) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3769 (Aponte) |
| | : | NO. 16-1645 (Clarke) | NO. 16-4081 (Bradford) |
| | : | NO. 16-1921 (Souto) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-2166 (Bailey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-2154 (Campos) | NO. 17-4417 (Guess) |
| | : | NO. 16-2717 (Bolds) | NO. 17-4936 (Gonzalez) |
| | : | NO. 16-3049 (Tulgetske) | NO. 18-37 (Jenson) |
| | : | NO. 16-3409 (Abbey) | NO. 18-836 (A. Morgan) |
| | : | NO. 16-3589 (Burgis) | NO. 18-837 (Galan) |
| | : | NO. 16-3710 (Dong) | NO. 18-838 (Alfaro) |
| | : | NO. 16-3730 (Mantor) | NO. 18-908 (Archer) |
| | : | NO. 16-3731 (Olague) | |

**ORDER**

**AND NOW**, this 25th day of September, 2018, upon consideration of Defendants' "Motion for Leave to File a Response to Plaintiffs' Sur-reply in Opposition to Bayer's Motion for Partial Summary Judgment" (Docket No. 319 in McLaughlin), and Plaintiffs' response thereto, and in accordance with the court's discussion with the parties at Science Day yesterday, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion for Leave to File a Response to Plaintiff's Sur-reply is **GRANTED**.

2. The Clerk of Court shall docket the Response to Plaintiffs' Sur-reply that is attached as Exhibit A to the Motion.

3. On or before October 4, 2018, Plaintiffs may file a response to Defendants' Response to Plaintiffs' Sur-reply, which may address only statute of limitations issues associated with Plaintiffs' breach of warranty claims.

BY THE COURT

/s/ John R. Padova, J.

_____

John R. Padova, J.