UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| HELEN MCLAUGHLIN et al., | : | | |
| | : | Case No. 14-cv-7315 | |
| Plaintiffs, | : | | |
| | : | The Hon. John R. Padova | |
| v. | : | | |
| | : | NO. 14-7316 (Ruble) | NO. 16-3710 (Dong) |
| BAYER ESSURE INC. et al., | : | NO. 14-7318 (Stelzer) | NO. 16-3730 (Mantor) |
| | : | NO. 14-7317 (Strimel) | NO. 16-3731 (Olague) |
| Defendants. | : | NO. 15-0384 (Walsh) | NO. 16-3732 (Gross) |
| | : | NO. 16-1458 (Dunstan) | NO. 16-3733 (Johnson) |
| **And Related Actions** | : | NO. 16-1645 (Clark) | NO. 16-3766 (Summerlin) |
| | : | NO. 16-1921 (Souto) | NO. 16-3767 (Rodvill) |
| | : | NO. 16-2166 (B. Bailey) | NO. 16-3768 (Bernal) |
| | : | NO. 16-2154 (Campos) | NO. 16-3769 (Aponte) |
| | : | NO. 16-2717 (Bolds) | NO. 16-4081 (Bradford) |
| | : | NO. 16-3049 (Tulgetske) | NO. 17-2915 (Wistrom) |
| | : | NO. 16-3409 (Abbey) | NO. 17-3968 (Bobo) |
| | : | NO. 16-3589 (Burgis) | NO. 17-4417 (Guess) |
| | : | NO. 17-4936 (Gonzalez) | NO. 18-0836 (Morgan) |
| | : | NO. 18-0838 (Alfaro) | NO. 18-0037 (Jenson) |
| | : | NO. 18-0837 (Galan) | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNREDACTED BRIEF AND EXHIBIT TO BAYER'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER SETTING A SCHEDULE AND METHODOLOGY FOR ESTABLISHING A DISCOVERY POOL AND SELECTING CASES FOR BELLWETHER TRIALS**

The Court has reviewed the Bayer Defendants' Motion for Leave to File Unredacted Brief and Exhibit to Bayer's Response To Plaintiffs' Motion For Order Setting A Schedule And Methodology For Establishing A Discovery Pool And Selecting Cases For Bellwether Trials. That Motion is hereby **GRANTED** and an unredacted version of Bayer's Response and Exhibit A shall be filed under seal.

By: _____
Judge John R. Padova

January 10, 2019